No. 26-2018

# In the United States Court of Appeals for the Seventh Circuit

IN RE: THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION

PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, ET AL.,

*Plaintiffs-Appellees*,

v.

BOEING COMPANY AND DENNIS MUILENBURG,

*Defendants-Appellants.*

On Appeal from the U.S. District Court
for the Northern District of Illinois, Eastern Division
No. 1:19-cv-02394 (Hon. Franklin U. Valderrama)

## STATUS REPORT

Richard C. Pepperman II
Benjamin R. Walker
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
peppermanr@sullcrom.com
walkerb@sullcrom.com

Jeffrey B. Wall
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
jwall@gibsondunn.com

*Counsel for Defendants-Appellants*
*The Boeing Company and Dennis A. Muilenburg*

(*Additional counsel listed on inside cover*)

David N. Whalen
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006
(202) 956-7500
whalend@sullcrom.com

John F. Hartmann, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
(312) 862-2000
john.hartmann@kirkland.com

Craig S. Primis, P.C.
Katherine R. Katz
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
cprimis@kirkland.com
katherine.katz@kirkland.com

Pursuant to the Court's May 11, 2026 order suspending this appeal pending the district court's resolution of plaintiffs' motion for limited reconsideration of its class-certification decision, Doc. 4, defendants-appellants The Boeing Company and Dennis A. Muilenburg hereby submit this status report.

The district court has not yet issued a ruling on plaintiffs' motion for limited reconsideration. The district court has advised the parties that it has the motion under advisement. District Court Dkt. Nos. 504, 508, 510. Absent further direction from this Court, defendants-appellants will file another status report when the district court issues its ruling.

Dated: June 11, 2026

Respectfully submitted,

*/s/ Jeffrey B. Wall*

Jeffrey B. Wall
GIBSON, DUNN & CRUTCHER LLP
1700 M. Street, N.W.
Washington, D.C. 20036
(202) 955-8500
jwall@gibsondunn.com

John F. Hartmann, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
(312) 862-2000
john.hartmann@kirkland.com

Craig S. Primis, P.C.
Katherine R. Katz
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
cprimis@kirkland.com
*katherine.katz@kirkland.com*

Richard C. Pepperman II
Benjamin R. Walker
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
peppermanr@sullcrom.com
walkerb@sullcrom.com

David N. Whalen
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006
(202) 956-7500
whalend@sullcrom.com

*Counsel for Defendants-Appellants*
*The Boeing Company and Dennis A. Muilenburg*

## CERTIFICATE OF SERVICE

I certify that, on June 11, 2026, I caused the foregoing Status Report to be electronically filed with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

*/s/ Jeffrey B. Wall*
Jeffrey B. Wall

Dated: June 11, 2026