# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT


Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov


## ORDER

July 27, 2026

*Before*

MICHAEL B. BRENNAN, *Chief Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 26-2018 | IN RE: THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION<br><br>PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>BOEING COMPANY and DENNIS MUILENBURG,<br>Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:19-cv-02394<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama |

The following are before the court:

1. **DEFENDANTS-APPELLANTS' MOTION FOR LEAVE TO FILE A SUPPLEMENT TO THEIR PETITION FOR PERMISSION TO APPEAL PURSUANT TO RULE 23(f)**, filed on July 2, 2026, by counsel for the appellants.

2. **PLAINTIFFS-APPELLEES' OPPOSITION TO DEFENDANTS-APPELLANTS' MOTION FOR LEAVE TO FILE SUPPLEMENT TO RULE 23(f) PETITION**, filed on July 10, 2026, by counsel for the appellees.

3. **DEFENDANTS-APPELLANTS' REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE A SUPPLEMENT TO THEIR RULE 23(f) PETITION**, filed on July 17, 2026, by counsel for the appellants.

**IT IS ORDERED** that the motion to supplement is **GRANTED** to the extent that the clerk of this court shall docket the proposed supplement as a petition for permission to appeal under its own case number. To whatever extent the district court may have required this court's permission to rule on the motion to reconsider, that permission is granted retroactively. *See* Fed. R. App. P. 12.1.

**IT IS FURTHER ORDERED** that appellees shall file any answer to the petition on or before August 5, 2026. *See* Fed. R. App. P. 5(b)(2). Briefing in this appeal will remain **SUSPENDED** pending the disposition of the petition.