# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 27, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-2018 & 26-2772 | IN RE: THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION<br><br>PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>BOEING COMPANY and DENNIS MUILENBURG,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-02394<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama | |

The court, on its own motion, orders these appeals are **CONSOLIDATED** for purposes of briefing and disposition. The briefing schedule is as follows:

1. The appellants shall file a consolidated brief and required short appendix on or before September 28, 2026.

2. The appellees shall file a consolidated brief on or before October 28, 2026.

3. The appellants shall file a reply brief, if any, on or before November 18, 2026.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).