# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

October 8, 2026

Before
JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| Nos. 26-2018 & 26-2772 | IN RE: THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION<br><br>PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>BOEING COMPANY and DENNIS MUILENBURG,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-02394<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama | |

Upon consideration of the **MOTION SEEKING LEAVE TO FILE AMICUS BRIEF**, filed on October 5, 2026, by counsel for the Former Officials of the U.S. Securities and Exchange Commission and Law Professors,

**IT IS ORDERED** that the motion for leave to appear as amicus curiae is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered amicus curiae brief.

form name: **c7_InstanterOrderFiled** (form ID: **123**)