# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 13, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-2018 & 26-2772 | IN RE: THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION<br><br>PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>BOEING COMPANY and DENNIS MUILENBURG,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-02394<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama | |

Upon consideration of the **PLAINTIFFS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF,** filed on October 9, 2026, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief of the appellees is due by November 12, 2026.

2. The reply brief of the appellants, if any, is due by December 3 ,2026.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).